Case 4:17-cv-00900 Document 15 Filed in TXSD on 07/20/17 Page 1 of 2

United States District Court
Southern District of Texas
**ENTERED**
July 20, 2017
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| ADRIANA VILLALOBOS, | § | |
| Plaintiff, | § § § | |
| V. | § § | CIVIL ACTION NO. 4:17-CV-00900 |
| UNITED PROPERTY & CASUALTY INSURANCE COMPANY, | § § § § | |
| Defendant. | § | |

## AGREED ORDER OF DISMISSAL WITH PREJUDICE

The Court, after having considered Plaintiff Adriana Villalobos and Defendant United Property & Casualty Insurance Company's Joint Stipulation of Dismissal with Prejudice, is of the opinion that it should be granted.

IT IS THEREFORE ORDERED that Plaintiff's claims against Defendant are hereby dismissed with prejudice.

IT IS FURTHER ORDERED that the parties shall bear their own costs.

IT IS SO ORDERED.

SIGNED this **20th** day of **July**, 2017.

_____
JUDGE PRESIDING

AGREED AS TO FORM AND CONTENT:

_____
Chad T. Wilson
State Bar No. 24079587
Stephen Mengis
State Bar No. 24094842

CHAD T. WILSON LAW FIRM PLLC
455 East Medical Center Boulevard, Suite 555
Webster, Texas 77598
Telephone: (832) 415-1432
Facsimile: (281) 940-2137
Email: cwilson@cwilsonlaw.com
Email: smengis@cwilsonlaw.com

**COUNSEL FOR PLAINTIFF**

And

_____ (by permission)
Rhonda J. Thompson
Attorney-In-Charge
State Bar No. 24029862
Southern District No. 17055
Brett Gardner
State Bar No. 24078539
Southern District No. 3016873

THOMPSON, COE, COUSINS & IRONS, LLP
700 N. Pearl Street, 25th Floor
Dallas, Texas 75201
Telephone: (214) 871-8200
Facsimile: (214) 871-8209
Email: rthompson@thompsoncoe.com
Email: bgardner@thompsoncoe.com

**COUNSEL FOR DEFENDANT**